IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 20-cv-03644-CNS-STV | Date: January 20, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| STEVEN FARABAUGH | *Amy Maestas* |
|  | *Leah Van Landschoot* |
| **Plaintiff** |  |
| v. |  |
| ISLE INC | *Stacey Campbell* |
| ISLE GROUP LTD |  |
| ISLE UTILITIES LTD |  |
| **Defendants** |  |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:28 p.m.

Appearance of counsel.

Argument given on [70] Motion to Dismiss Plaintiff's Second Amended Complaint and [82] Recommendation of United States Magistrate Judge by Ms. Maestas and Mr. Campbell.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** [82] Recommendation of United States Magistrate Judge Scott T. Varholak is AFFIRMED and ADOPTED.

[70] Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED in part.

Plaintiff's claims under Title VII against Defendants Isle Group Ltd. and Isle Utilities Ltd. are DISMISSED WITHOUT PREJUDICE.

**ORDERED:   The Title VII claim against Isle Inc. remains as pled.**

**Plaintiff is granted leave to amend the complaint within 14 days of today.**

Discussion held on discovery and case schedule.

Court in Recess:  1:52 p.m.              Hearing concluded.              Total time in Court:  00:24