IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 20-cv-03644-CNS-STV | Date:   February 1, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                                     *Counsel:*

STEVEN FARABAUGH                                                   Ruth A. McLeod
                                                                                         Leah P. VanLandschoot

   Plaintiff,

v.

ISLE, INC., and                                                              Stacy Campbell
ISLE UTILITIES LTD.

   Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:    11:30 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding the Motion for Leave to Conform Plaintiff's Third Amended Complaint (ECF 91) to the Evidence [ECF Doc. No. 110, filed 11/17/2023].

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**           The Motion for Leave to Conform Plaintiff's Third Amended Complaint (ECF 91) to the Evidence [ECF Doc. No. 110] is **TAKEN UNDER ADVISEMENT**.  The court will issue a written recommendation in due course.

HEARING CONCLUDED.

**Court in recess:**     **11:57 a.m.**
Total time in court:    00:27

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.