IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03644-CNS-STV

**STEVEN FARABAUGH**, an individual,

    Plaintiff,

v.

**ISLE, INC.**, a Delaware corporation,

    Defendant.

---

**VERDICT FORM**

---

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

1. Did Plaintiff Farabaugh prove by a preponderance of the evidence each of the elements of his harassment/hostile work environment claim, as described in Instruction No. 10?

    Yes ___ No _X_

    **If Yes or No, go to question 2.**

2. Did Plaintiff Farabaugh prove by a preponderance of the evidence each of the elements of his retaliation claim, as described in Instruction No. 14?

    Yes ___ No _X_

    **If Yes to question 1, proceed to question 3.**
    **If Yes to question 2, proceed to question 4.**
    **If No to questions 1 and 2, you need not proceed to any further questions and the Foreperson may execute and submit this Verdict Form to the Court.**

1

3. What is the amount of Plaintiff Farabaugh's damages as a result of Defendant Isle, Inc.'s harassment/creation of a hostile work environment under CADA?

   Nominal: $_____

   Emotional Distress: $_____

4. What is the amount of Plaintiff Farabaugh's damages as a result of Defendant Isle, Inc.'s retaliation under CADA?

   Nominal: $_____

   Back Pay: $_____

   Emotional Distress: $_____

If your answers to the above questions constitute your true verdict in this case, sign and date this verdict form below. Once you have done so, inform the Court by note that you are ready to return to the courtroom for announcement of your verdict.

By our signatures and our answers to these questions, we hereby certify that the answers on this form represent the unanimous verdict of the jury.

