# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03644-CNS-STV

STEVEN FARABAUGH

    Plaintiff,

v.

ISLE INC,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with U.S. District Judge Charlotte N. Sweeney presiding, and the jury has rendered a verdict. Pursuant to the jury verdict and orders issued during the trial, it is

ORDERED that judgment is entered in favor of the defendant, Isle, Inc., and against the plaintiff, Steven Farabaugh. It is

FURTHER ORDERED that as the prevailing party the defendant is awarded costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that the case is closed.

Dated at Denver, Colorado this 23rd day of May, 2025.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

By: s/  M Smotts
           M Smotts
           Deputy Clerk